UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| In re GENESCO INC. SECURITIES LITIGATION | ) ) ) | Master File No. 3:07-cv-01183 |
| | ) | Judge Haynes |
| This Document Relates To: | ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) | |

**MOTION TO ASCERTAIN STATUS OF CASE**

*[Handwritten: Denied. This motion is DENIED as moot. /s/ Judge 3-28-08]*